UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-23078-Civ-COOKE/GOODMAN

HANNIBAL BURESS,

    Plaintiff,

vs.

CITY OF MIAMI, *et al.*,

    Defendants.

_____/

## ORDER GRANTING MOTION TO DISMISS

THIS MATTER is before the Court on Defendant Officer Luis Villegas's Motion to Dismiss (ECF No. 10). I have reviewed the record, the relevant legal authorities, and the arguments made by the parties at the Motion Hearing on February 2, 2021.

For the reasons stated at the Motion Hearing, it is hereby **ORDERED and ADJUDGED** that Defendant's Motion (ECF No. 10) is **GRANTED**. The Court **DISMISSES** *without prejudice* Count III of the Complaint. Should Plaintiff wish to amend his Complaint, he must do so by **February 15, 2021.**

**DONE and ORDERED** in chambers at Miami, Florida, this 2nd day of February 2021.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*