**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| HANNIBAL BURESS, | ) |
| | ) |
| Plaintiff, | ) Case No. 20-cv-23078-MGC |
| | ) |
| v. | ) |
| | ) The Hon. Marcia G. Cooke |
| CITY OF MIAMI, *et al.*, | ) Magistrate Judge Johnathan Goodman |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO STAY CASE AND AMEND THE SCHEDULING ORDER

COME NOW, Plaintiff, by and through his undersigned counsel, and Defendants, by and through their undersigned counsel, and jointly move this Court for an order staying the entire case until the resolution of Defendant Villegas' appeal and entry of a new scheduling order, and in support thereof, state:

1. On October 23, 2020, the Court entered the current scheduling order setting July 2, 2021 for close of fact discovery; July 16, 2021 for Plaintiff's expert disclosures; July 30, 2021 for Defendants' expert disclosures; August 13, 2021 for close of expert discovery; August 27, 2021 for dispositive motions; October 8, 2021 for *Daubert* and *Markman* motions; December 27, 2021 for a joint pretrial stipulation and motions *in limine*; January 21, 2022 for jury instructions, verdict forms, witness list, *voire dire* questions, and deposition designation; and January 31, 2022 for trial. Dkt. No. 18.

2. On May 25, 2021, the Court denied Defendant Villegas' Motion to Dismiss Plaintiff's First Amended Complaint. Dkt. No. 35. Defendant Villegas filed a notice to appeal the Court's decision on June 22, 2021. Dkt. No. 39. Defendant Villegas' appeal is currently pending in the Eleventh Circuit Court of Appeals.

1

3. On June 30, 2021, all Defendants filed a motion to stay all proceedings pending the outcome of Defendant Villegas' appeal. Dkt. No. 44. Plaintiff opposed Defendants' motion to stay all proceedings. Dkt. No. 47.

4. Before the Parties were able to complete discovery, and before receiving a ruling on Defendants' motion to stay, Defendants filed their motion for summary judgement on August 27, 2021. Dkt. No. 50. Plaintiff filed a motion to extend time to respond to Defendants' motion for summary judgment on September 10, 2021, which Defendants objected to. Dkt. No. 53.

5. The Court held a hearing on Defendants' motion to stay all proceedings on October 5, 2021. Dkt. No. 60.

6. On October 8, 2021, Plaintiff filed a motion to amend the scheduling order and compel Defendants' production of documents. Dkt. No. 61. Since filing that motion, the Parties have been able to meet and confer and come to an agreement on the outstanding issues before the Court.

7. The Parties request that this Court stay all proceedings until Defendant Villegas' appeal is resolved in the Eleventh Circuit.

8. The Parties further request that this Court amend the scheduling order to accommodate the Parties' need to complete fact and expert discovery prior to briefing on dispositive motions.

9. Good cause exists to amend the scheduling order because the Parties have a significant amount of discovery left to do in this case. The Parties still have to complete written discovery. Defendants have agreed to produce the outstanding documents responsive to Plaintiff's requests for production. Both parties reserve the right, if necessary, to serve additional requests for production within the timeframe outlined in a new discovery schedule. The Parties need to

conduct a number of depositions. Defendants intend to depose Plaintiff. Plaintiff intends to take the depositions of Defendant Officer Verne, Defendant Officer Villegas, and the Defendant Officers' supervisors, as well as depositions related to Plaintiff's *Monell* claim, including various 30(b)(6) depositions related to training, accountability, and First Amendment policy. And after completing fact discovery, the Parties will need to engage in expert discovery.

10. The Parties request that this Court amend the schedule to reopen discovery once the Eleventh Circuit issues the mandate on Defendant Villegas' appeal. The Parties then request sufficient time to complete fact and expert discovery once discovery is reopened. The Parties propose six months to complete fact discovery, and three months to complete expert discovery.

11. The Parties further request that the Court reset the dispositive motions deadline to two weeks after the close of expert discovery, and adjust the remaining deadlines accordingly.

12. Assuming the Parties' proposed schedule is acceptable to the Court, Defendants will withdraw their pending motion for summary judgement, Dkt No. 50, and will refile their motion with the benefit of discovery in accordance with the new schedule. Plaintiff will also withdraw his pending motion to amend the scheduling order and compel Defendants' production of documents. Dkt. No. 61.

WHEREFORE, the Parties respectfully request that this Court stay all proceedings pending the resolution of Defendant Villegas' appeal and enter an order amending the scheduling order consistent with Paragraphs 10 and 11 of this motion and striking the current deadlines.

Respectfully submitted,

**For Plaintiff**
By: /s/ Faudlin Pierre
PIERRE SIMON
600 SW 4th Avenue
Fort Lauderdale, Florida 33131
(305) 336-9193

Fplaw08@yahoo.com

**For Defendants (with consent)**
By: /s/ Henry J. Hunnefeld
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130-1910
(305) 416-1800
hjhunnefeld@miamigov.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing document was electronically served on all counsel who have filed appearances in this case via the Court's CM/ECF system on October 15, 2021.

/s/ Faudlin Pierre