UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-CV-23078-MGC

HANNIBAL BURESS,

        Plaintiff(s),

vs.

CITY OF MIAMI, MIAMI POLICE
OFFICER LUIS VERNE, AND MIAMI
POLICE OFFICER ELIO VILLEGAS,

        Defendant(s).
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for the Defendants, CITY OF MIAMI, LUIS VERNE, and ELIO VILLEGAS. All parties are hereby requested to direct all correspondence and pleadings regarding the above-styled cause to the e-mail addresses indicated below or if unable to the physical indicated address below.

    VICTORIA MÉNDEZ, City Attorney
    BRANDON L. FERNANDEZ,
    Assistant City Attorney
    Attorneys for **City of Miami**
    444 S.W. 2nd Avenue, Suite 945
    Miami, FL  33130-1910
    Tel.: (305) 416-1800
    Fax: (305) 400-5071
    Email:  bfernandez@miamigov.com
    Secondary Email:  tmickens@miamigov.com

    By:  */s/ Brandon L. Fernandez*
         Brandon L. Fernandez
         Assistant City Attorney
         Florida Bar No. 1002969

**CITY OF MIAMI'S NOTICE OF APPEARANCE AND**
**DESIGNATION OF E-MAIL ADDRESSES**
**CASE NO.: 20-CV-23078-MGC**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using CM/ECF on this the 27th day of May, 2022, and served to those listed on the attached Service List, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

By: */s/ Brandon L. Fernandez*
Brandon L. Fernandez
Assistant City Attorney
Florida Bar No. 1002969

**CITY OF MIAMI'S NOTICE OF APPEARANCE AND
DESIGNATION OF E-MAIL ADDRESSES
CASE NO.: 20-CV-23078-MGC**

## SERVICE LIST

Faudlin Pierre, Esq.
Pierre Simon, LLC
600 Southwest 4th Avenue
Ft. Lauderdale, Florida  33315

fplaw08@yahoo.com
Attorney for **Hannibal Buress**