United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Hannibal Buress, Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 20-23078-Civ-Scola |
| | ) | |
| City of Miami, and others, | ) | |
| Defendants. | ) | |

### Order on Defendant City of Miami's Motion for Reconsideration

This matter comes before the Court upon the Defendant City of Miami's motion for reconsideration of the Court's denial of its motion for summary judgment (ECF No. 201). The Plaintiff has filed a response (ECF No. 210), and the City of Miami has filed a reply (ECF No. 222). The Court also held oral argument on the motion on April 15, 2025. (*See* ECF No. 234.) The Court has considered the briefing, the record, the relevant legal authorities, and is otherwise fully advised. In light of the parties' settlement conference on April 23, 2025, the Court informs the parties that it **grants** the Defendant City of Miami's motion for reconsideration (**ECF No. 201**). A more detailed order explaining the Court's reasoning will follow. Because the Court is granting the City's motion and dismissing the City from the case, the Court **denies as moot** the City's motion *in limine* (**ECF No. 149**) and *Daubert* motion (**ECF No. 150**).

**Done and ordered** in Miami, Florida on April 15, 2025.

_____
Robert N. Scola, Jr.
United States District Judge