UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 20-CV-23078-RNS

HANNIBAL BURESS,

    Plaintiff,

vs.

CITY OF MIAMI and
LUIS VERNE,

    Defendants.
_____/

**CITY OF MIAMI'S
MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS
VERIFIED MOTION FOR ATTORNEYS' FEES**

The City of Miami ("the City") respectfully requests leave to file a short Reply brief approximately 5 pages of text in further support of the City's Verified Motion for Attorneys' Fees [ECF No. 221]. Plaintiff's Response [ECF No. 232] includes numerous legal and factual statements that are not accurate. Specifically, Plaintiff asserts:

1. The Court is not entitled to use its inherent authority to award attorneys' fees against the Plaintiff for failing to attend a Court Ordered mediation;
2. The City did not "present evidence of Plaintiff's bad faith, *nor could it*" and thus "any fee sanction, particularly one for $1,325, would be *punitive and unreasonable*";
3. That fee awards are purportedly limited to the losses "actually sustained," and because the City's Attorneys are "salaried employees" and not "compensated" for their time, the City is not entitled to its fees.

None of this is true. Good cause exists to permit a short Reply, so that the Court has the benefit of complete and accurate information. The City has attached a copy of its proposed Reply as **Exhibit A** in accordance with Section 3I(1) of the Southern District of Florida's CM/ECF NextGen Administrative Procedures ("If a document to be filed requires a motion requesting leave of the Court…the proposed document shall be submitted as a PDF attachment to the motion.").

1

The City's proposed Reply is approximately five pages of text and the proposed Reply is strictly limited to rebutting the assertions in Plaintiffs' Response and does not reargue any matters addressed in the City's Motion.

## ARGUMENT

"A district court has inherent authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases." *Equity Lifestyle Properties, Inc. v. Fla. Mowing And Landscape Serv., Inc.*, 556 F.3d 1232, 1240 (11th Cir. 2009). A court has discretion to allow the filing of a reply brief whenever there is valid reason for doing so. *First Specialty Ins. Corp. v. 633 Partners, Ltd.*, 300 Fed. Appx. 777, 788 (11th Cir. 2008) ("A district court's decision to permit the filing of a surreply is purely discretionary and should generally only be allowed when a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief.") (internal quotation marks omitted); *see also United States v. $343,726.60 in U.S. Currency*, No. 05-20513-CIV, 2006 WL 8445863, at *2 (S.D. Fla. Jan. 11, 2006) (granting motion for leave to file sur-reply).

Here, good cause exists to allow the City's Reply in support of its motion to be filed, as the Plaintiff's Response disregards the Court's Order, misconstrues the law, and advances arguments based upon legal authority that does not state what they claim it does.

## CONCLUSION

Based on the foregoing, the City respectfully requests the Court to grant the City's Motion for leave to file the Reply attached as Exhibit "A."

GEORGE K. WYSONG III, City Attorney
KEVIN R. JONES, Deputy City Attorney
BRANDON L. FERNANDEZ, Assistant City Attorney
Attorneys for City of Miami, Luis Verne
The City of Miami
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130-1910
Tel.: (305) 416-1800
Fax: (305) 416-1801
Primary Emails:    bfernandez@miamigov.com

By: */s/ Brandon L. Fernandez*
    Brandon L. Fernandez
    Assistant City Attorney
    Florida Bar No. 1002969

By: */s/ Kevin R. Jones*
    Kevin R. Jones
    Deputy City Attorney
    Florida Bar No. 119067

## CERTIFICATE OF GOOD FAITH CONFERRAL
## PURSUANT TO S.D. FLA. LOCAL RULE 7.1(a)(3) COMPLIANCE

Pursuant to Local Rule 7.1(a)(3) of the Local Rules of the Southern District of Florida, the undersigned certifies that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion, and that counsel for the Plaintiff advised via email that he opposes the City's request for leave to file a Reply.

By: */s/ Brandon L. Fernandez*
    Brandon L. Fernandez
    Assistant City Attorney
    Florida Bar No. 1002969

**CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all counsel of record or is otherwise served on *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing to the electronic or physical addresses on the docket.

By: */s/ Brandon L. Fernandez*
    Brandon L. Fernandez
    Assistant City Attorney
    Florida Bar No. 1002969