UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-CV-23078-KMW

HANNIBAL BURESS,

    Plaintiff(s),

vs.

LUIS VERNE,

    Defendant(s).

_____ /

**DEFENDANT'S RULE 26(a)(3) PRETRIAL DISCLOSURES**

The Defendant, OFFICER LUIS VERNE, through the undersigned attorneys, pursuant to this Court's Practices and Procedures for Civil Case, Local Rule 16.1, and Federal Rule of Civil Procedure 26(a)(3), submits the following pretrial disclosures:

**I.   RULE 26(a)(3)(A)(i): IDENTIFICATION OF WITNESSES**

    a. <u>Witnesses Defendant Expects to Call:</u>
       1. Hannibal Buress, Plaintiff, c/o Pierre Simon
       2. Luis Verne, c/o City Attorney's Office
       3. Elio Villegas, c/o City Attorney's Office

    b. <u>Witnesses Defendant may call:</u>[1]
       1. Major Jesus Ibalmea (Miami Corporate Rep.), c/o City Attorney's Office
       2. Mario Menegazzo, c/o City Attorney's Office
       3. Chief Jorge Colina, c/o City Attorney's Office
       4. Sgt. Keler gilet, c/o City Attorney's Office

    c. <u>Defendants reserve the right to call any witnesses designated by Plaintiff.</u>

---

[1] The Plaintiff provided Officer Verne with his draft witness and exhibit lists for the pre-trial stipulation due next week. Because it appears the Plaintiff still seeks to introduce prejudicial and immaterial evidence involving discipline of numerous officers, training, and other issues related to his now dismissed *Monell* claim, the Defendant lists these witnesses, and also lists numerous exhibits in his "may offer category" in an abundance of caution. Officer Verne will request this Court to address this evidence before trial to streamline the issues.

II. **RULE 26(a)(3)(A)(ii): DEPOSITION DESIGNATIONS**

    a. Defendant does not intend to designate any depositions at this time.

III. **RULE 26(a)(3)(A)(iii): IDENTIFICATION OF EXHIBITS**

    a. **Exhibits Defendant Expects to Offer:**

| Ex. No. | Description | Bates Nos. |
|---|---|---|
| D-1 | Luis Verne Body Worn Camera Footage dated 12/9/2017 of arrest scene | Buress 038515 |
| D-2 | Luis Verne Body Worn Camera Footage dated 12/9/2017 of transport | Verne Dep. Def. Ex. 3; Buress 038516 |
| D-3 | Google Images of NW 20th Terrace and NW 2nd Avenue (3) | COM002515-17 |
| D-4 | Luis Verne Photo (Academy) | COM006959; ECF No. 209-2 |
| D-5 | Luis Verne Photo (Academy) | COM006957 |
| D-6 | Luis Verne Photo (Academy) | COM006958 |
| D-7 | Luis Verne Photo (Academy Graduation) | COM006961 |
| D-8 | Luis Verne Photo (Academy Graduation) | COM006952 |
| D-9 | Luis Verne Photo (Community/Children) | COM006955 |
| D-10 | Luis Verne Photo (Community/Child/Bike) | COM006966 |
| D-11 | Luis Verne Photo (Community/Children) | COM006956 |
| D-12 | Luis Verne Photo (Community/Dog) | COM006951 |
| D-13 | Luis Verne Photo (Community/Store Clerk) | COM006960 |
| D-14 | Luis Verne Photo (Community) | COM006953 |
| D-15 | Luis Verne Photo (Detective/Child) | COM006950 |
| D-16 | Luis Verne Photo (Make-A-Wish/solo) | COM006962 |
| D-17 | Luis Verne Photo (Make-A-Wish/Group) | COM006963 |

| | | |
|---|---|---|
| D-18 | Luis Verne Photo/Commendation (Overtown PST Unit Citation) | COM006967 |
| D-19 | Luis Verne Photo/Commendation (SVU Unit Citation) | COM006964 |
| D-20 | Luis Verne Photo/Commendation (Certificate of Special Congressional Recognition | COM006965 |
| D-21 | Luis Verne Commendation dated 12/23/2019 (Overtown Fentanyl/Cocaine Narcotics Operation) | COM108 |
| D-22 | Tik-Tok Video of Plaintiff Stand-up ("When I'm drunk I like to ruin one or two people's nights. A cab driver. A bartender. A woman that I'm seeing.") | COM006954 |
| D-23 | Miami Nights Comedy Special Video (Snippets Discussing Incident) | BURESS 038547 |
| D-24 | Miami Nights Comedy Special Video (Snippet discussing going to Club E11even after release) | BURESS 038548 |
| D-25 | Miami Nights Comedy Special Video ("I put myself in that position 100%, that was all avoidable.") | BURESS 038549 |
| D-26 | Netflix Proposal of Terms for Miami Nights ($1,000,000.00), December 5, 2019 | Buress 042856-858 |
| D-27 | Netflix Proposal of Terms for Miami Nights ($1,050,000.00 + Bonuses), May 4, 2020 | Buress 042859-862 |
| D-28 | Netflix Proposal of Terms for Miami Nights ($1,050,000.00 + Bonuses), May 13, 2020 | Buress 042863-866 |
| D-29 | Netflix Proposal of Terms for Miami Nights ($1,050,000.00 + Bonuses), May 13, 2020 | Buress 042867-870 |
| D-30 | Email between Netflix and Melissa Fox regarding Miami Nights dated May 15, 2020 | Buress 042885-887 |
| D-31 | ViaCom Deal Term Sheet for Miami Nights dated June 12, 2020 | Buress 042871-873 |

| | | |
|---|---|---|
| D-32 | Nacelle Company Inc. d/b/a Comedy Dynamics Distribution Agreement for Miami Nights | Buress 042874-883 |
| D-33 | Amazon Licensing Deal Offer for Miami Nights ($500,000.00) dated November 21, 2019 | Buress 042884 |
| D-34 | Facebook Post dated May 8 & June 8, 2018 (Jimmy Kimmel/Tour dates) | COM0007011 |
| D-35 | Facebook Post dated June 13 and June 18, 2018 (Michelle Wolf/Late Night show Seth Myers) | COM007012 |
| D-36 | Facebook Post dated September 28, 2018 and July 16, 2019 (Promoting Oakland Event; Promoting Miami Nights Taping) | COM007013 |
| D-37 | Facebook Post dated March 4, 2020 (Promoting Miami Nights Comedy Special at SXSW Festival) | COM007014 |
| D-38 | Twitter/X Post dated June 12, 2020 (Promoting Miami Nights with BWC Screenshot) | COM007015 |
| D-39 | Twitter/X Post dated June 16, 2020 (Promoting Miami Nights) | COM007016 |
| D-40 | Twitter/X Post dated June 18, 2020 (Promoting Miami Nights) | COM007017 |
| D-41 | Twitter/X Post dated June 26, 2020 (Promoting Miami Nights) | COM007018 |
| D-42 | Twitter/X Post dated June 18 and June 30, 2020 (Promoting Miami Nights) | COM007019 |
| D-43 | Twitter/X Post dated June 30 and July 3, 2020 (Promoting Miami Nights Merchandise) | COM007020 |
| D-44 | Twitter/X Post dated July 2-4, 2020 (Promoting Miami Nights) | COM007021 |
| D-45 | Twitter/X Post dated November 12, 2020 (Undock Partnership with Miami Nights) | COM007022 |

| | | |
|---|---|---|
| D-46 | Twitter/X Post dated February 4, 2021 (Promoting Screening of Miami Nights) | COM007023 |
| D-47 | Twitter/X Post dated April 9, 2021 (Promoting Special involving Cook County Jail) | COM007024 |
| D-48 | Twitter/X Post dated July 14, 2021 (Good Morning Chicago interview) | COM007025 |
| D-49 | Twitter/X Post dated July 21, 2021 (Promoting Washington DC show) | COM007026 |
| D-50 | Twitter/X Post dated July 15, 2021 (Interview with T-Pain) | COM007027 |
| D-51 | Twitter/X Post dated April 9 and 20, 2022 (Promoting standup show in Miami and San Francisco/Los Angeles) | COM007028 |
| D-52 | Twitter/X Post dated June 9, 2022 (Promoting Performance at T-Pain Wiscansin Fest) | COM007029 |
| D-53 | Twitter/X Post dated July 10, 2022 (Promoting London Show) | COM007030 |
| D-54 | Twitter/X Post dated August 17, 2022 ("I'll release [Miami Nights] to 1 buyer for 6 million" to put back on YouTube) | COM007031 |
| D-55 | Twitter/X Post dated September 22, 2022 (Sway Freestyle) | COM007032 |
| D-56 | Twitter/X Post dated October 15, 2022 ("Rebuilding my stand up set 10 seconds at a time. 1 set every 8 months") | COM007033 |
| D-57 | Twitter/X Post dated December 9, 2022 ("Happily spending their comedy show money on music videos though.") | COM007034 |
| D-58 | Twitter/X Post dated May 16, 2023 (Promoting Eshu Tune Riot Fest concert) | COM007035 |
| D-59 | Twitter/X Post dated June 15, 2023 (Promoting hosting of award show) | COM007036 |

| Ex. No. | Description | Bates Nos. |
|---|---|---|
| D-60 | Twitter/X Post dated July 2, 2023 (Saying "Yea" to question "Is Miami Nights ever going back up?") | COM007037 |
| D-61 | Twitter/X Post dated October 7, 2023 (Performance with Dave Chappelle) | COM007038 |
| D-62 | Twitter/X Post dated November 3, 2023 (Discussing re-releasing Miami Nights) | COM007039 |
| D-63 | Facebook Post dated November 3, 2023 (Discussing re-release of Miami Nights) | COM007040 |
| D-64 | Facebook Posts dated September 1, October 13, December 5 and December 18, 2024, (Discussing upcoming shows.) | COM007041 |
| D-65 | Facebook Posts dated December 31, 2024 (Promoting Gramps Wynwood New Year's Eve Party Hosting) | COM007042 |
| D-66 | Hannibalburess.com Comedy Tour Dates from July 2017 through April 2025 | COM007043-7066 |

b. **Exhibits Defendant May Offer:**

| Ex. No. | Description | Bates Nos. |
|---|---|---|
| D-67 | Miami Nights Comedy Special Transcript (Buress 038547: snippets discussing incident) | COM006099-006145 |
| D-68 | Plaintiff Interview on the Joe Rogan Experience Podcast Episode No. 1505, published by Spotify on July 8, 2020 (Portion discussing arrest, comedy special release) | COM3663-3666 |
| D-69 | Cook County, IL County Jail Photograph (Exterior barbed wire fence) | COM007007 |
| D-70 | Cook County, IL County Jail Photograph (Interior/Basketball Court) | COM007008 |
| D-71 | Cook County, IL County Jail Photograph (Interior/Inmates/Telephones) | COM007009 |

| | | |
|---|---|---|
| D-72 | Cook County, IL County Jail Photograph (Interior Jail Cell) | COM007010 |
| D-73 | Jackson County Circuit Clerk Certificate to Copy of Records & Criminal History Data Sheet for Case No. 2001-CM-186, Illinois v. Hannibal Buress (Aggravated Assault on LEO/Resisting Peace Officer) | COM006971-72 |
| D-74 | Charging Document/Information for Case No. 2001-CM-186, Illinois v. Hannibal Buress (Aggravated Assault on LEO/Resisting Peace Officer) | COM006977-78 |
| D-75 | Signed Guilty Plea for Case No. 2001-CM-186, Illinois v. Hannibal Buress (Aggravated Assault on LEO) | COM006987 |
| D-76 | Sentencing Sheet for Case No. 2001-CM-186, Illinois v. Hannibal Buress (Aggravated Assault on LEO) | COM006988 |
| D-77 | Arrest Warrant for Case No. 2001-CM-186, Illinois v. Hannibal Buress (Aggravated Assault on LEO) | COM007003 |
| D-78 | Arrest Report for Cook County Circuit Court Case No. TT436584, Illinois v. Hannibal Buress (DUI 2009) | COM007076-80, 7083 |
| D-79 | Petition to Rescind Statutory Summary Suspension for Case No. TT436584, Illinois v. Hannibal Buress (DUI 2009) | COM007098 |
| D-80 | Sentencing Order for Case No. TT436584, Illinois v. Hannibal Buress (DUI 2009) | COM007067, 7081 |
| D-81 | Luis Verne FBAT (Florida Basic Abilities Test) Scores | COM076 |
| D-82 | Luis Verne Evaluation May 18, 2016 | COM138-144 |
| D-83 | Luis Verne Inter-Office Memorandum Passing State Exam | COM100 |
| D-84 | Luis Verne Training History | COM317-320 |

| | | |
|---|---|---|
| D-85 | Luis Verne Cultural Diversity and De-Escalation Training Certificate dated March 8, 2016 | COM338 |
| D-86 | Luis Verne FDLE Certificate of Training dated February 11, 2016 | COM340 |
| D-87 | Luis Verne FDLE Alcohol Testing Program Certificate dated April 13, 2016 | COM335 |
| D-88 | Luis Verne FDLE MAT Report | COM311-12 |
| D-89 | Luis Verne 2019-20 Retraining Report | COM315 |
| D-90 | Elio Villegas Evaluation 04/13/17-05/27/17 | COM201-208 |
| D-91 | Elio Villegas Evaluation 03/05/17-03/25/17 | COM294-301 |
| D-92 | Elio Villegas Bachelor Degree Transcript | COM245-249 |
| D-93 | Elio Villegas FDLE Certification | COM005 |
| D-94 | Elio Villegas Training History | COM010-11 |
| D-95 | Elio Villegas Certificate of Achievement 2016-2017 Training | COM026 |
| D-96 | Elio Villegas FDLE Alcohol Testing Program Certificate dated June 3, 2016 | COM028 |
| D-97 | Elio Villegas Basic Criminal Investigation Certificate dated February 16, 2018 | COM031 |
| D-98 | City of Miami and Department of Justice Agreement 2016 | COM007099-007120 |
| D-99 | Department of Justice Closeout & Commendation Letter dated February 23, 2006 | COM6970 |
| D-100 | Department of Justice Closeout Letter dated February 12, 2021 | COM006968-6969 |
| D-101 | City of Miami Case Chart with Court Orders | ECF No. 201-1 |
| D-102 | City of Miami Civil Service Rules and Regulations | COM006611-6685 |

| | | |
|---|---|---|
| D-103 | City of Miami Fraternal Order of Police Collective Bargaining Agreement Oct. 1, 2015 – Sep. 30, 2018 | COM006146-6251 |
| D-104 | City of Miami Fraternal Order of Police Collective Bargaining Agreement Oct. 1, 2018 – Sep. 30, 2021 | COM006252-6365 |
| D-105 | City of Miami Civil Service Rules | COM006611-6685 |
| D-106 | City Departmental Order 6, Chapter 2, Personnel Evaluations, Commendations and Reprimands (August 2015) | COM006686-6692 |
| D-107 | City Departmental Order 6, Chapter 2, Personnel Evaluations, Commendations and Reprimands (September 2019) | COM006693-6699 |
| D-108 | City Departmental Order 6, Chapter 22, Departmental Disciplinary Review Board (Nov. 2005) | COM00700-6707 |

c. <u>Defendant reserve the right to use any documents or other exhibits designated by Plaintiff.</u>

Respectfully submitted,

GEORGE K. WYSONG, III, City Attorney
BRANDON L. FERNANDEZ,
Assistant City Attorney
***Attorneys for Luis Verne***
444 S.W. 2nd Avenue, Suite 945
Miami, FL  33130-1910
Telephone: (305) 416-1800
Facsimile: (305) 400-5071
Primary Email: BFernandez@miamigov.com
Secondary Email: SMFernandez@miamigov.com

By: ***/s/ Brandon L. Fernandez***
Brandon L. Fernandez,
Assistant City Attorney
Florida Bar No. 1002969

9

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 17th day of October, 2025 the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Brandon L. Fernandez*
Brandon L. Fernandez,
Assistant City Attorney
Florida Bar No. 1002969